UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:16-MJ-1821

UNITED STATES OF AMERICA

v.

Vincent D. Johnson

MODIFIED CHARGE

The above-named Defendant is charged with a on the Fort Bragg Military Reservation: Speeding 65/45 MPH

The below-signed Special Assistant United States Attorney MODIFIES the charges to: Speeding 49/45 MPH.

Requiring collateral of $50.00
Administrative Costs $30.00
Total to Pay $80.00

Docket Date: 9/7/16
Submitted on: 10/24/16

_____
DAVID M. PALKO
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Approved on this day, November 2, 2016

_____
Kimberly A. Swank, US Magistrate Judge

Case 5:16-mj-01821-KS   Document 4   Filed 11/02/16   Page 1 of 1